8

United States District Court
Southern District of Texas
ENTERED

AUG 07 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 7 1998

Michael N. Milby, Clerk

CYNTHIA VILLALON                        *

          VS                            *   C.A. NO. B97 169

WAL-MART STORES, INC.                   *

## ORDER RESETTING CONFERENCE

The final pretrial and settlement conference in the above-captioned and numbered cause of action is hereby reset from August 28, 1998 to August 19, 1998, at 10:30 a.m.

DONE at Brownsville, Texas, this 7th day of August, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge
3rd Floor Courtroom
1001 E. Elizabeth
Brownsville, TX   78520

ClibPDF - www.fastio.com