United States District Court
Southern District of Texas
ENTERED
AUG 3 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 3 1 1998
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA VILLALON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | Civil Action No. B-97-169 |
| ) | |
| WAL-MART STORES, INC. ) | |
| ) | |
| DEFENDANT ) | |

ORDER GRANTING PLAINTIFF'S **Unopposed** EXTENSION OF TIME
TO COMPLETE DISCOVERY

On this day came on to be considered Plaintiff's **Unopposed** Motion For Extension of Time to Complete Discovery.

IT IS THEREFORE ORDERED that the parties herein are granted an additional 60 days to complete discovery herein.

Signed this the 31 day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE