UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 2 4 1998
Michael N. Milby
Clerk of Court

Cynthia Villalon §
§
versus §     CIVIL ACTION B-97-169
§
Wal-Mart Stores, §
Inc. §

United States District Court
Southern District of Texas
ENTERED
SEP 2 5 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Setting Conference

1. A final pre-trial conference will be held on:

    __December 3__, 1998

    at __9:00 A__.m.

    in Judge Tagle's Chambers
    United States Court House
    500 Easts Tenth Street, Room 428
    Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

5. Each party will prepare and bring to the conference, furnishing a copy to opposing counsel at least 5 days prior to the conference:

    a. witness list, including a statement of expected testimony from each witness.

    b. exhibit list with exhibits.

Signed __24 September__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.