16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CYNTHIA VILLALON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | Civil Action No. B-97-169 |
| ) | |
| WAL-MART STORES, INC. ) | |
| ) | |
| DEFENDANT ) | |

## ORDER OF REMAND

On this day came on to be considered the Plaintiff's Unopposed Motion to Remand.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion be granted, and that this action be remanded to Texas state district court of Cameron County.

SIGNED this the 8 day of December, 1998.

_____
U.S. DISTRICT JUDGE